# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVE BOBBY STEVENS, an individual,<br><br>Defendant | Case No. 8:17-cv-01417-CJC-KES<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court, having considered the Stipulation of Dismissal filed by the parties, being fully advised and for good cause shown, is of the opinion that the dismissal should be GRANTED.

**IT IS THEREFORE ORDERED:**

1. Plaintiff's claims against Defendant shall all be dismissed with prejudice to refiling of same.

2. Defendant's claims against Plaintiff shall all be dismissed with prejudice to refiling of same.

3. The Parties shall each bear their own costs and attorneys' fees.

4. This is a final order that disposes of all pending claims.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2018.

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE